IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE VIRGIN ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | NO. 3:19-79-6 |
| | : | |
| JAHKIEBO JOSEPH | : | |

## ORDER

**AND NOW**, this 17th day of June 2024, following our study of Judge Miller's Report and Recommendation (ECF No. 1106), we adopt Defendant Jahkiebo Joseph's knowing and voluntary guilty plea to Counts 2 and 8 of the Third Superseding Indictment (ECF No. 555) charging him with possessing with an intent to distribute less than fifty kilograms of marijuana and possessing firearms in furtherance of a drug trafficking crime, without objection due last week, and relying on Judge Miller's thoughtful assessment Defendant Joseph entered his guilty plea knowingly and voluntarily, it is **ORDERED** we:

1. **APPROVE AND ADOPT** Judge Miller's Report and Recommendation (ECF No. 1106);

2. Accept Defendant Joseph's plea and find him **GUILTY** of Counts 2 and 8 of the Third Superseding Indictment (ECF No. 555); and,

3. Will promptly schedule sentencing allowing for a pre-sentence investigation report and briefing.

_____
KEARNEY, J.